# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

VIEWTECH INC.,

                Plaintiff(s)

        V.                              **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

FACTORY DIRECT PRODUCTS, et al.,

                Defendant(s)        **CASE NUMBER:**      06-CV-1100-J

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

Plaintiff damages of $195,000.00; and awards plaintiff prejudgement interest on the damage award of $195,000.00 at a rate of 10% per annum beginning January 16, 2006, until the entry of default judgement on November 13, 2006.................................................................................................................................................................
................................................................................................................................................................................

| November 16, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

Adrianna R.Garcia-Pino

(By)
      Deputy Clerk

ENTERED ON November 16, 2006