# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

ViewTech Inc,

        Plaintiff(s)

    **V.**                    **CLERK'S DEFAULT JUDGMENT IN A CIVIL**

Factory Direct Prod, et al,

        Defendant(s)        **CASE NUMBER:**     06-CV-1100-J

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

The Court (1) GRANTS Plaintiff's Motion for Default Judgment against Defendants Factory Direct Product and Richard DiBiase; (2) AWARDS Plaintiff damages of $195,000; and (3) AWARDS Plaintiff prejudgment interest on the damage award of $195,000 at a rate of 10% per annum beginning January 16, 2006, until the entry of default judgment on November 13, 2006..................................................................................................................................................
............................................................................................................................................................................

| November 20, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

Adrianna Garcia-Pino

(By)
    Deputy Clerk

ENTERED ON November 20, 2006

06-CV-1100-J